IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02519-WJM-MJW

RICHARD MEAD,

Plaintiff,

v.

JASPER CONTRACTORS, INC., an Indiana for-profit corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion for Protective Order with Proposed Protected Order (docket no. 21) is GRANTED finding good cause shown. The written Protective Order (docket no. 21-1) is APPROVED and made an Order of Court.

Date: December 18, 2013