IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02519-WJM-MJW

RICHARD MEAD,

Plaintiff,

v.

JASPER CONTRACTORS, INC., an Indiana for-profit corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Unopposed Motion for Leave to Amend Answer to Complaint (Docket No. 25) is GRANTED.  The Amended Answer (Docket No. 25-1) is accepted for filing.

Date: January 8, 2014